UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERTO BECERRA et al.,                   :

                                                                  :

               Plaintiffs,                             24 Civ. 9724 (VSB) (GWG)

                                                                  :

  -v.-

                                                                  :       <u>ORDER</u>

LINOBGHK, LLC et al.,                   

                                                                  :

               Defendants.               :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The deadline for discovery having expired in this matter and no pre-trial motions having been filed by the Court-ordered deadline (Docket # 30), the parties shall file the joint pretrial order materials required by Part 6 of Judge Broderick's Individual Practices <u>on or before November 7, 2025</u>.

      SO ORDERED.

Dated: October 14, 2025
       New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge