UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERTO BECERRA et al.,                        :

                                               :

                Plaintiffs,                     :        24 Civ. 9724 (VSB) (GWG)

                                               :

        -v.-                                    :

                                               :        ORDER

LINOBGHK, LLC et al.,                          :

                                               :

                Defendants.                     :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        Counsel for defendants in this matter, Jason Mizrahi, has filed an application

dated October 29, 2025, seeking to withdraw his firm as counsel for defendants.  See

Docket # 32, 33.

        1.      Any party wishing to oppose this application to withdraw shall file papers

in opposition by November 14, 2024.

        2.      A hearing on the motion will take place by telephone on Tuesday,

November 18, 2025, at 10:30 a.m.  At that time, the parties are directed to dial

646-453-4442 and use access code 759539095#

        3.      Defendants Linobghk, LLC d/b/a The Healthy Kitchen, and Mark Smith

are each required to attend this conference.  The LLC must arrange for a representative to

dial in to the conference who is authorized to engage counsel.  Mr. Smith must dial in

personally.

        4.      Counsel for defendants shall arrange for service of this Order and the

motion papers seeking to withdraw as follows: (1) by overnight mail sent to the

registered address of defendant Linobghk, LLC as stated in the complaint; (2) by overnight mail sent to the place of business of the restaurant; (3) by overnight mail to any other address of which counsel is aware for each defendant; and (4) by email to any addresses known to be used by defendants. Afterwards, counsel shall make all reasonable efforts to confirm by telephone, text message and/or e-mail that the motion papers and the copy of this Order were actually received by the defendants and that the defendants understand that they must dial in to the Court conference on November 18, 2025, at 10:30 a.m.

5.    <u>On or before November 10, 2025</u>, the attorney for defendants shall file with the Court a sworn statement describing what they did to comply with paragraph 4 of this Order.

6.    Defendants Linobghk, LLC d/b/a The Healthy Kitchen, and Mark Smith are warned that if they fail to comply with this order, <u>a default judgment may be entered against them and they may be subject to other sanctions</u>.

SO ORDERED.

Dated:  November 4, 2025
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge