**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Roberto Becerra, and Miguel Vivar,        Case No.: 24-cv-09724

                            *Plaintiffs*,

                -*against*-        **AFFIRMATION OF SERVICE**

Linobghk, LLC d/b/a The Healthy Kitchen, and Mark Smith,

                            *Defendants*.
-------------------------------------------------------------------X

       **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on November 4, 2025, I have served a copy of; (i) Levin-Epstein & Associates, P.C.'s October 29, 2025 Notice of Motion to Withdraw as Counsel of Record for Defendant Linobghk, LLC d/b/a The Healthy Kitchen [Dckt. No. 32]; (ii) the October 29, 2025 Declaration of Jason Mizrahi in support of the Motion to Withdraw [Dckt. No. 33]; and (iii) the November 4, 2025 Order of the Honorable Magistrate Judge Gabriel W. Gorenstein, by sending the same by overnight mail, and electronic mail, addressed to the last known address of the recipient(s) as indicated below. Upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

                Linobghk, LLC d/b/a The Healthy Kitchen
                2521 Mickle Ave.
                Bronx, NY 10469

                Linobghk, LLC d/b/a The Healthy Kitchen
                1135C Morris Park Ave.
                Bronx, NY 10461

                Email: betterbronx@gmail.com

       On November 4, 2025, I have also called, emailed and texted Linobghk, LLC's principal, to advise him that he is required to dial into the telephonic conference scheduled for Tuesday, November 18, 2025, at 10:30 a.m. Linobghk, LLC's principal did not pick up the undersigned's phone call, on November 4, 2025 at 10:53 a.m., but the undersigned left a voicemail, in addition to texting and emailing him.

Dated: November 4, 2025
      New York, New York

                                                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                By:    */s/ Jason Mizrahi*
                                                      Jason Mizrahi, Esq.
                                                      420 Lexington Avenue, Suite 2458
                                                      New York, NY 10170
                                                      Email: Jason@levinepstein.com
                                                      *Attorneys for Defendant Linobghk, LLC d/b/a*
                                                     *The Healthy Kitchen*