# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, NY 10170
T: 212.792.0048 • E: Jason@levinepstein.com

December 1, 2025

***Via Electronic Filing***
The Hon. Gabriel W. Gorenstein, U.S.M.J.           MEMORANDUM ENDORSED
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

> Re:     *Becerra et al v. Linobghk, LLC et al*
>         Case No.: 1:24-cv-02752-OEM-VMS

Dear Honorable Magistrate Judge Gorenstein:

This law firm represents the Defendant Linobghk, LLC (the "Defendant") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to file a motion to withdraw from December 2, 2025 to, through and including, December 9, 2025.

This is the first request of its kind, and is made on consent of counsel for Plaintiffs Roberto Becerra and Miguel Vivar (together, the "Plaintiffs"). If granted, the instant request would not affect any other Court-scheduled deadlines.

The basis of this request is that the Defendant requires additional time to meet-and-confer with the undersigned counsel.

In light of the foregoing, it is respectfully requested that the Court grant an extension of time to file a motion to withdraw from December 2, 2025 to, through and including, December 9, 2025

Respectfully submitted,

The deadline for a renewed
motion to withdraw is extended
to December 9, 2025.

By: /s/ Jason Mizrahi
    Levin-Epstein & Associates, P.C.
So Ordered.
    Jason Mizrahi
    420 Lexington Avenue, Suite 2458
GABRIEL W. GORENSTEIN    New York, NY 10170
United States Magistrate Judge    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
December 1, 2025    *Attorneys for Defendant Linobghk, LLC*