# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, NY 10170
T: 212.792.0048 • E: Jason@levinepstein.com

December 9, 2025

***Via Electronic Filing***
The Hon. Gabriel W. Gorenstein, U.S.M.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

MEMORANDUM ENDORSED

Re:    *Becerra et al v. Linobghk, LLC et al*
       Case No.: 1:24-cv-02752-OEM-VMS

Dear Honorable Magistrate Judge Gorenstein:

This law firm represents the Defendant Linobghk, LLC (the "Defendant") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to file a motion to withdraw from December 9, 2025 to, through and including, December 16, 2025.

This is the second request of its kind. The basis of this request is that the Defendant requires additional time to meet-and-confer with the undersigned counsel.

A second, independent basis, also necessitates the instant request. Counsel for the parties met-and-conferred on December 5, 2025 to discuss the possibility of resolving this matter. The undersigning is waiting to hear back from counsel for Plaintiffs Roberto Becerra and Miguel Vivar (together, the "Plaintiffs"), following the December 5, 2025 discussion.

In light of the foregoing, it is respectfully requested that the Court grant an extension of time to file a motion to withdraw from December 2, 2025 to, through and including, December 9, 2025

Respectfully submitted,

By: /s/ Jason Mizrahi
    Levin-Epstein & Associates, P.C.
    Jason Mizrahi
    420 Lexington Avenue, Suite 2458
    New York, NY 10170
    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Defendant Linobghk, LLC*

Extension to December 16, 2025, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 10, 2025