# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, NY 10170
T: 212.792.0048 • E: Jason@levinepstein.com

December 23, 2025

**Via Electronic Filing**
The Hon. Gabriel W. Gorenstein, U.S.M.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   *Becerra et al v. Linobghk, LLC et al*
Case No.: 1:24-cv-02752-OEM-VMS

Dear Honorable Magistrate Judge Gorenstein:

This law firm represents the Defendant Linobghk, LLC (the "Defendant") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to file a motion to withdraw from December 23, 2025 to, through and including, January 6, 2025. This is the fourth request of its kind.

The instant letter also respectfully serves to request an extension of the parties' proposed joint pretrial order materials filing deadline of January 9, 2026 to, through and including, February 9, 2026. This is the first request of its kind.

The basis of this request is that the Defendant requires additional time to meet-and-confer with the undersigned counsel regarding the undersigned's anticipated motion to withdraw.

A second, independent basis, also necessitates the instant request. Counsel for the parties met-and-conferred on December 5, 2025 to discuss the possibility of resolving this matter. Since then, the undersigned has emailed and called counsel for Plaintiffs Roberto Becerra and Miguel Vivar (together, the "Plaintiffs") over ten (10) times, requesting a reasonable settlement demand. The undersigning is still waiting to hear back from counsel for Plaintiffs following the December 5, 2025 discussion.

In light of the foregoing, it is respectfully requested that the Court grant an extension of time to file: (i) a motion to withdraw from December 23, 2025 to, through and including, January 6, 2025; and (ii) the parties' proposed joint pretrial order materials filing deadline of January 9, 2026 to, through and including, February 9, 2026.

The proposed schedule is approved.
Any future application for an extension must comply with paragraph 1.E of the Court's Individual Practices.

So Ordered.

/s/ Gabriel W. Gorenstein
GABRIEL W. GORENSTEIN
United States Magistrate Judge

December 23, 2025

Respectfully submitted,

By:  /s/ Jason Mizrahi
Levin-Epstein & Associates, P.C.
Jason Mizrahi
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Defendant Linobghk, LLC*