UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERTO BECERRA et al.,                                 :

                                                        :        ORDER
                        Plaintiffs,
                                                        :        24 Civ. 9724 (VSB) (GWG)
        -v.-

                                                        :

LINOBGHK, LLC et al.,                                   :

                                                        :

                        Defendants.                     :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        By Order dated December 23, 2025 (Docket # 47), the Court ordered the parties to file the joint pretrial order materials required by Part 6 of Judge Broderick's Individual Practices on or before February 9, 2026.  See Docket ## 31, 37, 47.  On February 6, 2026, counsel for defendants reported that he had "emailed and called counsel for Plaintiffs Roberto Becerra and Miguel Vivar . . . over thirteen (13) times" since December 5, 2025, "to . . . discuss the parties' proposed joint pretrial order filings," and that counsel for plaintiffs had not responded.  Docket # 48.

        On February 9, 2026, Chambers emailed counsel for plaintiffs at the addresses supplied to the Court, stating: "Judge Gorenstein asks that you file a response to Docket # 48 on or before February 11, 2026."  A clerk to the Court that same day left a voicemail asking counsel to call Chambers.  No response was ever received.

        Accordingly, the Court on February 12, 2026, ordered the attorneys for plaintiffs, Andrew Beresin and Michael Samuel, to show cause why they should not be sanctioned for their conduct.  See Docket #49.  Their filings in response (Docket # 50) largely relate to matters that occurred before the conduct at issue, which are irrelevant to the Order to Show Cause.

        In their filings, both attorneys assert that their failure to respond to the Court's February 9 email was an "unintended oversight."  Docket ## 50-1 ¶ 9, 50-2 ¶ 8.  Mr. Samuel seeks to excuse his conduct by asserting he was in a deposition the day the email was sent — but that explanation is nonsensical, as there was nothing in the email that suggested that if compliance could not occur on February 9 itself, counsel's compliance was excused entirely.  See Docket ## 50-1 ¶ 9.

        Further, Mr. Samuel fails to explain why he made no response to counsel for defendants' inquiries from December 12 onwards, even if, as he says, he was unable to reach his clients.

See id. ¶¶ 7, 8.   He also fails to explain why there was no response to the voicemail left by the Court's clerk.

　　　　While the attorneys' explanations are inadequate and reflect poorly on their professionalism, the Court will not sanction them at this time.   However, the Court will consider their conduct and their response to the Order to Show Cause in the event there are any future instances of misconduct.

　　　　SO ORDERED.

Dated:　February 24, 2026
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　GABRIEL W. GORENSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

2