# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, NY 10170
T: 212.792.0048 • E: Jason@levinepstein.com

February 6, 2026

***Via Electronic Filing***
The Hon. Gabriel W. Gorenstein, U.S.M.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

MEMORANDUM ENDORSED

Re:    *Becerra et al v. Linobghk, LLC et al*
Case No.: 1:24-cv-02752-OEM-VMS

Dear Honorable Magistrate Judge Gorenstein:

This law firm represents the Defendant Linobghk, LLC (the "Defendant") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to provide the Court with a status update in the above-referenced matter.

This letter further respectfully serves to request an extension of the parties' proposed joint pretrial order materials filing deadline of February 9, 2026 to, through and including, March 9, 2026. This is the second request of its kind.

Lastly, this letter further respectfully serves to request the scheduling of a virtual settlement conference, before Your Honor.

As a preliminary matter, the undersigned law firm has re-established a point-of-contact with Defendant's corporate representative. Thus, the undersigned's contemplated motion to withdraw is moot.

Since December 5, 2025 undersigned has emailed and called counsel for Plaintiffs Roberto Becerra and Miguel Vivar (together, the "Plaintiffs") over thirteen (13) times, to meet-and-confer regarding the possibility of a settlement, and to discuss the parties' proposed joint pretrial order filings. A true and correct copy of the parties' email chain is annexed hereto as Exhibit "A". As of the date of this filing, Plaintiffs' counsel has not responded to the undersigned's meet-and-conferral requests.

In light of the foregoing, it is respectfully requested that the Court grant an extension of time to file the parties' proposed joint pretrial order materials filing deadline of February 9, 2026 to, through and including, March 9, 2026. It is further respectfully requested that the Court schedule a telephonic conference, to discuss the possibility of scheduling a virtual settlement conference, before Your Honor, at the earliest practicable date and time.

Respectfully submitted,

By: /s/ Jason Mizrahi
       Levin-Epstein & Associates, P.C.
       Jason Mizrahi
       420 Lexington Avenue, Suite 2458
       New York, NY 10170
       Tel. No.: (212) 792-0048
       Email: Jason@levinepstein.com
       *Attorneys for Defendant Linobghk, LLC*

The deadline for filing the joint pretrial order materials required by Part 6 of Judge Broderick's Individual Practices is extended to March 9, 2026. If the parties wish to be referred to the mediation program or have a settlement conference before the undersigned, they should file a joint letter so requesting. A request for mediation or a settlement conference, however, will have no effect on the obligation to comply with the deadline for the filing of the joint pretrial order materials absent an Order of the Court.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 24, 2026