# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884  FAX: (212) 563-9870  WEBSITE: www.thesamuellawfirm.com

**MICHAEL SAMUEL**
E-Mail: michael@thesamuellawfirm.com

March 8, 2026

**MEMORANDUM ENDORSED**

**VIA ECF**

The Hon. Gabriel Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Becerra at al. v. Linobghk LLC. et al.**
**Case No. 1:24-cv-09724-VSB-GWG**

Dear Judge Gorenstein:

We represent plaintiffs Roberto Becerra and Miguel Vivar in the above-referenced action regarding their Fair Labor Standards Act and related New York Labor Law unpaid wage claims and write jointly with Defendants pursuant to Rule 1.E. of Your Honor's Individual Practices to respectfully request a further two-week extension of time to file joint pretrial order materials, currently due to be filed by Monday, March 9, 2026.

This is the third such request for extension. The reason necessitating the current request for extension is that the parties have recently made meaningful progress in their discussions to comprehensively resolve the plaintiffs' asserted claims. However an agreement in principle has not yet been reached and the parties are currently still engaged in such discussions, which can reasonably be expected to conclude within two weeks.

We thank the Court for its attention to this matter and are available at the Court's convenience should there be any questions regarding the contents of this letter.

Respectfully submitted,

The deadline for filing the joint pretrial order materials required by Part 6 of Judge Broderick's Individual Practices is extended to March 23, 2026.

/s/ *Michael Samuel*
Michael Samuel, Esq.

*Attorney for Plaintiffs*

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 9, 2026