**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBERTO BECERRA, and MIGUEL VIVAR,

Plaintiffs,

-against-

LINOBGHK, LLC d/b/a The Healthy Kitchen,

Defendant.

Case No. 1:24-cv-09724-VSB-GWG

**JUDGMENT**

On March 31, 2026, plaintiffs ROBERTO BECERRA and MIGUEL VIVAR filed a notice of acceptance of an offer of judgment against the defendant, LINOBGHK, LLC d/b/a The Healthy Kitchen, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the plaintiffs, ROBERTO BECERRA and MIGUEL VIVAR, have judgment against the defendant, LINOBGHK, LLC d/b/a The Healthy Kitchen, in the amount of $15,000.00 (FIFTEEN-THOUSAND DOLLARS), inclusive of attorneys' fees, costs and prejudgment interest.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiffs may have as to damages, or any other form of relief, arising out of the alleged acts or omissions of the Defendant, in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendant, or any officer, employee or agent, either past or present of the Defendant; nor is it an admission that Plaintiffs have suffered any damages.

2

This judgment will act to release and discharge the Defendant, its successors or assigns, and all past and present officers, employees, representative, attorneys and agents of the Defendant, from any and all claims that were or could have been alleged by the plaintiffs.

Dated:   April 2, 2026

_____

HON. VERNON S. BRODERICK
United States District Judge

2